IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANA MOREL, | : | Civil Action No. 4:16-CV-0476 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| CAROLYN W. COLVIN[1], *Acting Commissioner of Social Security,* | : | |
| | : | (Magistrate Judge Carlson) |
| Defendant. | : | |

**ORDER**

And now, this 29th day of March 2017, having reviewed the thorough report and recommendation of Magistrate Judge Gerald B. Cohn, to which no objections were filed, the report and recommendation of the magistrate judge is ADOPTED. March 3, 2017, ECF No. 12. The decision of the Commissioner is VACATED and REMANDED. Judgment is entered in favor of Plaintiff and against Defendant. The Clerk is directed to close the case file.

---

[1] At the time the action was filed, Carolyn Colvin was the acting commissioner of social security. As of January 23, 2017, Nancy Berryhill is the acting commissioner of social security.

BY THE COURT:

 s/ Matthew W. Brann
Matthew W. Brann
United States District Judge